**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 21-21556-CIV-WILLIAMS**

OUSEI INTERNATIONAL
CORPORATION, *et al.*,

    Plaintiffs,

v.

ARANSAS PASS PRECIOUS
METAL RECOVERY LLC, *et al.*,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Eduardo I. Sanchez's Report and Recommendation (DE 71) ("***Report***") on Plaintiff Ousei Kankyoshoji Co., Ltd.'s unopposed Verified Motion for Attorneys' Fees Against Defendant Aransas Pass Precious Metal Recovery LLC (DE 63) ("***Motion***").  In the Report, Judge Sanchez recommends that the Motion be granted, and that Ousei Kankyoshoji Co., Ltd. be awarded attorneys' fees in the amount of $5,972.00 and costs in the amount of $84.38. (DE 71 at 1.)[1]  No objections were filed to the Report, and the time to object has passed.

Upon a careful review of the Report, the Motion, the record, and applicable law, it is **ORDERED AND ADJUDGED** that:

    1.    Judge Sanchez's Report (DE 71) is **AFFIRMED AND ADOPTED**.

    2.    Plaintiff Ousei Kankyoshoji Co., Ltd.'s unopposed Verified Motion for

---

[1] Judge Sanchez additionally notes that Ousei Kankyoshoji Co., Ltd. reported in its Amended Status Report that "the parties reached agreement with respect to the Motion for Fees, and Aransas has no objection to the Motion for Fees."  (DE 71 at 4.)

        Attorneys' Fees Against Defendant Aransas Pass Precious Metal Recovery LLC (DE 63) is **GRANTED**.

3. Final judgment on attorneys' fees and costs is entered in favor of Plaintiff Ousei Kankyoshoji Co., Ltd. and against Defendant Aransas Pass Precious Metal Recovery LLC in the total amount of $6,056.38, for which sum let execution issue.

4. This case remains **CLOSED**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>7th</u> day of July, 2023.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE